1 Brian H. Tran, Esq.
CA Bar No. 255577
2 MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
3 Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
4 File No. 12-01150

5 Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

6
UNITED STATES BANKRUPTCY COURT
7 NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

8
In Re,                                          BK No.: 11-71363-MEH
9 STEVEN TADASHI SANO,
                                                Chapter 13
10              Debtor(s).
                                                **REQUEST FOR SPECIAL NOTICE**

11 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13      PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., requests that all notices given

15 in this case and all papers served or required to be served in this case (including, but not limited

16 to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset

17 Report), be given to and served upon the undersigned at the following address and telephone

18 number.

19      Brian H. Tran, Esq.
        MILES, BAUER, BERGSTROM & WINTERS, LLP
20      1231 E. Dyer Road, Suite 100
        Santa Ana, CA 92705
21      PH (714) 481-9100

22 Dated: 2/14/12                    MILES, BAUER, BERGSTROM & WINTERS, LLP

23                                   By: _____
                                     Brian H. Tran, Esq.
24                                   Attorney for Secured Creditor

(12-01150/ndrfsn.dot/ahp)

1